FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN LOVELADY and LACY L. LOVELADY,<br><br>            Plaintiffs,<br><br>       v.<br><br>GARY WILL d/b/a WILL LOGGING AND CONSTRUCTION; and CASCADE AND COLUMBIA RIVER RAILROAD COMPANY,<br><br>            Defendants. | No.   2:15-CV-0221-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is Defendant Cascade and Columbia River Railroad Company's (CCRRC) Motion for Protective Order, ECF No. 41. CCRRC asserts that on Friday, January 6, 2017, it was served with notice of a Rule 30(b)(6) deposition set for Tuesday, January 10, 2017, and that it will not be able to adequately prepare a witness to provide testimony by that time. ECF No. 41 at 2-3. CCRRC requests that the court enter a protective order directing the Rule 30(b)(6) deposition be continued a minimum of 21 days. It is apparent that CCRRC did not receive timely adequate notice of the Rule 30(b)(6) deposition set for Tuesday, January 10, 2017. The Court makes no finding concerning the fault of any

ORDER - 1

party for this lack of notice. However, because neither party will be well served by CCRRC being unprepared for a deposition, the Court grant's CCRRC's motion. The parties shall confer and agree upon a mutually convenient time and place to conduct the deposition a minimum of 21 days from today's date. The parties are directed to communicate with one another and avoid involving the court in disputes such as this in the future.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Protective Order, **ECF No. 41**, is **GRANTED**.

2. The Rule 30(b)(6) deposition of defendant Columbia River Railroad Company shall be continued to a date mutually convenient to the parties and not sooner than Friday, January 20, 2017.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of January 2017.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2