FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN LOVELADY and LACY LOVELADY,<br><br>              Plaintiffs,<br><br>v.<br><br>GARRY WILL, doing business as WILL LOGGING and CONSTRUCTION, BRADLY TIMM, and CASCADE AND COLUMBIA RIVER RAILROAD COMPANY, a Delaware Corporation,<br><br>              Defendants. | No. 2:15-CV-00221-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 17, 2017, the parties filed a stipulated dismissal, ECF No. 69. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation and Order of Dismissal, **ECF No. 69**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

ORDER - 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge